# Exhibit "C"

| | |
|---|---|
| 1 | FordHarrison LLP |
| | Mohammad B. Shihabi (SBN 337819) |
| 2 | mshihabi@fordharrison.com |
| | Hilda Aguilar (SBN 276459) |
| 3 | haguilar@fordharrison.com |
| | 350 South Grand Avenue, Suite 2300 |
| 4 | Los Angeles, CA 90071 |
| | Tel: (213) 237-2400 |
| 5 | Fax: (213) 237-2401 |

Attorneys for Defendant
WAL-MART ASSOCIATES, INC.

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF SAN DIEGO

| | |
|---|---|
| ASHLEY BRADSHAW, an individual, | CASE NO: 37-2023-00008631-CU-WT-NC |
| Plaintiff, | **DEFENDANT WAL-MART ASSOCIATES, INC.'S ANSWER TO PLAINTIFF ASHLEY BRADSHAW'S UNVERIFIED COMPLAINT** |
| vs. | |
| WAL-MART ASSOCIATES, INC., a Delaware corporation; and DOES 1 through 20, inclusive, | Judge  Robert P. Dahlquist |
| Defendants. | Dept: N-29 |
| | Trial Date: TBD |
| | Date Filed: 03/01/2023 |

Defendant WAL-MART ASSOCIATES, INC. ("Defendant") hereby answers the Original Complaint ("Complaint") filed by Plaintiff ASHLEY BRADSHAW ("Plaintiff"):

**GENERAL AND SPECIFIC DENIALS**

1.  Pursuant to the provisions of California Code of Civil Procedure section 431.30(d), Defendant denies, generally and specifically, each and every allegation contained in the Complaint, and further denies that Plaintiff has been damaged in the amount or amounts alleged therein, or in any other amount, or at all, by reason of any act or omission on the part of Defendant, or by any act or omission by any agent or employee of Defendant.  Defendant further denies, generally and specifically, that Plaintiff is entitled to any relief whatsoever.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

**(Failure to State a Cause of Action)**

The Complaint, and each and every cause of action alleged therein, fails to state facts sufficient to constitute a cause of action for which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE

**(Adequate Remedy at Law)**

Plaintiff is barred from any injunctive relief sought because Plaintiff has adequate remedies at law.

### THIRD AFFIRMATIVE DEFENSE

**(After-Acquired Evidence)**

The Complaint, and each and every cause of action alleged therein, is barred, or any damages reduced, by after-acquired evidence.

### FOURTH AFFIRMATIVE DEFENSE

**(Appropriate Remedial Action Taken by Employer)**

The Complaint, and each and every cause of action alleged therein, is barred, in whole or in part, because Defendant took all reasonable steps to prevent any alleged discrimination, harassment, and/or retaliation once Defendant was made aware of Plaintiff's Complaints.

### FIFTH AFFIRMATIVE DEFENSE

**(Avoidable Consequences)**

The Complaint, and each and every cause of action alleged there in, is barred by the avoidable consequences doctrine.

### SIXTH AFFIRMATIVE DEFENSE

**(Bona Fide Occupational Qualification)**

Any alterations or modifications to Plaintiff's job duties were justified, not based on discriminatory reasons, and were justified based upon a bona fide business necessity and based upon bona fide occupational qualifications.

///

2
DEFENDANT WAL-MART ASSOCIATES, INC.'S ANSWER
TO PLAINTIFF ASHLEY BRADSHAW'S UNVERIFIED COMPLAINT

### SEVENTH AFFIRMATIVE DEFENSE

**(Business Necessity)**

Any and all wrongful conduct alleged by Plaintiff was necessitated due to business necessity.

### EIGHTH AFFIRMATIVE DEFENSE

**(Employer Lacked Knowledge)**

The Complaint, and each and every cause of action alleged therein, is barred in whole or in part and limited by Defendant's actual or constructive knowledge.

### NINTH AFFIRMATIVE DEFENSE

**(Failure to Exhaust Administrative Remedies)**

The Complaint, and each and every cause of action alleged therein, is barred, or any damages reduced by Plaintiff's failure to exhaust administrative remedies.

### TENTH AFFIRMATIVE DEFENSE

**(Failure to Mitigate Damages)**

Plaintiff failed to take reasonable steps and make reasonable expenditures to reduce Plaintiff's claims, damages, losses, if any, and that said failure to mitigate Plaintiff's damages bars or reduces any claims, losses, or damages.

### ELEVENTH AFFIRMATIVE DEFENSE

**(Good Faith but Mistaken Belief)**

The Complaint, and each and every cause of action alleged therein, is barred as Defendant's alleged actions were justified by its good faith but mistaken belief.

### TWELFTH AFFIRMATIVE DEFENSE

**(Failure to Provide Notice of Disability)**

The Complaint, and each and every cause of action alleged therein, is barred as Plaintiff failed to give notice that she was disabled or needed an accommodation.

### THIRTEENTH AFFIRMATIVE DEFENSE

**(No Authorization or Ratification)**

Any unlawful or wrongful acts, to the extent they exist, taken by Defendant's agents or employees were outside the course and scope of their authority and such acts, if any, were not

authorized, ratified, or condoned by Defendant nor did Defendant know nor should have known of such acts.

### FOURTEENTH AFFIRMATIVE DEFENSE

**(No Discriminatory Intent-Legitimate Nondiscriminatory Reason)**

The Complaint, and each and every cause of action alleged therein, is barred as there was no discriminatory intent as Defendant's alleged actions were based on a legitimate nondiscriminatory reason.

### FIFTEENTH AFFIRMATIVE DEFENSE

**(No Punitive Damages Against Corporate Defendant)**

Defendant is not liable to Plaintiff for punitive damages because neither Defendant nor any of its officers, directors, or managing agents committed any alleged oppressive, fraudulent, or malicious acts; authorized or ratified any such acts; had advance knowledge of the unfitness, if any, of the employee or employees, if any, who allegedly committed such acts; or employed any such employee or employees with a conscious disregard of the rights or safety of others, as required by California Civil Code section 3294(b).

### SIXTEENTH AFFIRMATIVE DEFENSE

**(No Punitive Damages)**

Plaintiff's claim for exemplary or punitive damages is barred and invalid on its face and/or as applied to this Defendant pursuant to the First, Fifth, Eighth and Fourteenth Amendments to the Constitution of the United States and Article I of the Constitution of the State of California.

### SEVENTEENTH AFFIRMATIVE DEFENSE

**(Excessive Fines)**

The Complaint, and each and every cause of action alleged therein, is barred in that any award of restitution would violate the Excessive Fines and Due Process Clauses of the United States and California Constitutions.

\ \ \

\ \ \

\ \ \

4
DEFENDANT WAL-MART ASSOCIATES, INC.'S ANSWER
TO PLAINTIFF ASHLEY BRADSHAW'S UNVERIFIED COMPLAINT

**EIGHTEENTH AFFIRMATIVE DEFENSE**

**(Not a Substantial Motivating Reason)**

The Complaint, and each and every cause of action alleged therein, is barred as Defendant's alleged actions were not a substantial motivating reason for the alleged adverse employment action.

**NINETEENTH AFFIRMATIVE DEFENSE**

**(Reasonable Accommodation Creates Undue Hardship)**

The Complaint, and each and every cause of action alleged therein, is barred as Defendant was excused from a providing a reasonable accommodation as the reasonable accommodation required would create an undue hardship for Defendant.

**TWENTIETH AFFIRMATIVE DEFENSE**

**(Same Decision Limits Remedies)**

The Complaint, and each and every cause of action alleged therein, is limited as Plaintiff would have been terminated for non-discriminatory reasons based on legitimate business reasons.

**TWENTY-FIRST AFFIRMATIVE DEFENSE**

**(Statute of Limitations)**

The Complaint, and each and every cause of action alleged therein, is barred by the applicable statute of limitations, including, but not limited to, Government Code sections 12960 and 12965; Code of Civil Procedure sections 335.1, 337, 338, 339, 340 and 343; and Business and Professions Code section 17208.

**TWENTY-SECOND AFFIRMATIVE DEFENSE**

**(Unconstitutionality of Penalties)**

The Complaint, and each and every cause of action alleged therein, is barred in that Plaintiff is not entitled to recover any punitive or penal damages, and any award of such penalties or damages would, in general or under the facts of Plaintiff's particular claims, violate Defendant's constitutional rights under the provisions of the United States and California Constitutions.

\ \ \

\ \ \

\ \ \

## TWENTY-THIRD AFFIRMATIVE DEFENSE

**(Equitable Defenses)**

The Complaint, and each and every cause of action alleged therein, is barred by the equitable defenses of waiver, res judicata, estoppel, laches, and unclean hands.

## TWENTY-FOURTH AFFIRMATIVE DEFENSE

**(Workers' Compensation)**

The Complaint, and each and every cause of action alleged therein, is preempted by the Workers' Compensation Act.

## TWENTY-FIFTH AFFIRMATIVE DEFENSE

**(Standing)**

The Complaint, and each and every cause of action alleged therein, is barred to the extent Plaintiff lacks standing to assert any of the causes of action and/or form of recovery contained in the Complaint because Plaintiff has not suffered any injury-in-fact for which Plaintiff does not have a private right of action.

## TWENTY-SIXTH AFFIRMATIVE DEFENSE

**(Comparative/Contributory Fault)**

Plaintiff's ability to recover against Defendant is barred, or limited, by Plaintiff's own contributory negligence, comparative negligence, or comparative fault. Therefore, as a defense to each and every cause of action alleged in the Complaint, should it be found that Defendant is liable in any matter for any damages stated by Plaintiff in the Complaint, which Defendant denies, Defendant alleges that such damages were proximately caused and/or contributed to by parties other than Defendant, whether served or not served in this case, and/or by other persons or entities not presently parties to this action. It is necessary that the proportionate degree of negligence, fault, and/or legal responsibility of each and every person or entity be determined and prorated and that any judgment that may be rendered against Defendant be reduced not only by the degree of negligence, fault, or other legal responsibility attributable to Plaintiff, but by the total of that degree of negligence, fault, and/or legal responsibility found to exist as to other person(s) and/or entities as well.

### TWENTY-SEVENTH AFFIRMATIVE DEFENSE

**(Consent/Ratification)**

Defendant is not responsible for Plaintiff's harm, if any, because Plaintiff consented, by her words or conduct, to the alleged acts and omissions that form the basis of the Complaint, and each purported cause of action therein.

### TWENTY-EIGHTH AFFIRMATIVE DEFENSE

**(Additional Defenses)**

Defendant may have additional defenses that cannot be articulated due to Plaintiff's failure to particularize Plaintiff's claims, due to the fact that Defendant does not have copies of certain documents bearing on Plaintiff's claims and due to Plaintiff's failure to provide more specific information concerning the nature of the damage claims and claims for certain costs which Plaintiff alleges that Defendant may share some responsibility. Defendant therefore reserves the right to assert additional defenses upon further particularization of Plaintiff's claims, upon examination of the documents provided, upon discovery of further information concerning the alleged damage claims and claims for costs, and upon the development of other pertinent information.

### PRAYER FOR RELIEF

WHEREFORE, Defendant prays for judgment as follows:

1. That Plaintiff takes nothing by way of the Complaint;
2. That judgment be entered against Plaintiff and in favor of Defendant on all causes of action;
3. That Defendant be awarded attorneys' fees and costs of suit incurred herein; and
4. That Defendant be awarded such other and further relief as the Court may deem just and proper.

DATED: April 3, 2023

FordHarrison LLP

By: _____
Mohammad B. Shihabi
Hilda Aguilar
Attorneys for Defendant
WAL-MART ASSOCIATES, INC.
mshihabi@fordharrison.com
haguilar@fordharrison.com

---

7

DEFENDANT WAL-MART ASSOCIATES, INC.'S ANSWER
TO PLAINTIFF ASHLEY BRADSHAW'S UNVERIFIED COMPLAINT

# **PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of 18, and not a party to the within action. My business address is FordHarrison LLP, 350 South Grand Avenue, Suite 2300, Los Angeles, CA 90071. On the date below, I served the foregoing document(s) described as:

**DEFENDANT WAL-MART ASSOCIATES, INC.'S ANSWER
TO PLAINTIFF ASHLEY BRADSHAW'S UNVERIFIED COMPLAINT**

By sending a true copy thereof to the address listed below:

**SEE ATTACHED SERVICE LIST**

☐ **By Messenger Service.** I served the documents by providing them to a professional messenger service for personal service.

☐ **By Overnight Delivery.** I deposited a sealed envelope containing a true and correct copy of the documents listed above for overnight delivery and with the postage fully prepaid.

☐ **By E-Mail or Electronic Transmission.** I caused the documents to be sent to the persons at the email address listed above in a PDF file, and the transmission appeared to be successful.

☒ **By United States Mail.** I deposited a sealed envelope containing a true and correct copy of the documents listed above with the United States Postal Service with the postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Los Angeles, California.

☐ **By Fax Transmission.** I faxed the documents to the persons at the fax number listed above, and the transmission appeared to be successful.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on April 3, 2023 at Los Angeles, California.

By: _____
Rhoel Garcia

## **SERVICE LIST**

JARED W. BEILKE
KARINA GODOY
JML LAW
21052 OXNARD STREET
WOODLAND HILLS, CA 91367
Telephone: (818) 610-8800
Facsimile: (818) 610-3030
Attorneys for Plaintiff ASHLEY BRADSHAW

9
DEFENDANT WAL-MART ASSOCIATES, INC.'S ANSWER
TO PLAINTIFF ASHLEY BRADSHAW'S UNVERIFIED COMPLAINT

- 39 -