

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ashley Bradshaw, an individual<br><br>Plaintiff,<br>V.<br><br>Wal-Mart Associates, Inc., a Delaware corporation<br><br>Defendant. | Civil Action No. 23-cv-00593-TWR-BLM<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court grants Defendant's Motion for Summary Judgment as to all of Plaintiff's causes of action.

Date:    1/8/25

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ S. Tweedle

S. Tweedle, Deputy