Mohammad B. Shihabi (SBN 337819)
mshihabi@fordharrison.com
Hilda Aguilar (SBN 276459)
haguilar@fordharrison.com
FORD HARRISON LLP
350 South Grand Avenue, Suite 2300
Los Angeles, CA 90071
Tel: (213) 237-2400
Fax: (213) 237-2401

Attorneys for Defendant,
WAL-MART ASSOCIATES, INC.

Jared W. Beilke (SBN 195698)
jared@jmllaw.com
Karina Godoy (SBN 305895)
kgodoy@jmllaw.com
JML LAW
A Professional Law Corporation
5855 Topanga Canyon Blvd., Suite 300
Woodland Hills, CA 91367
Tel: (818) 610-8800
Fax: (818) 610-3030

Attorneys for Plaintiff
ASHLEY BRADSHAW

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY BRADSHAW, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>WAL-MART ASSOCIATES, INC., a Delaware corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO: 3:23-cv-00593-TWR-BLM<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed: March 1, 2023 |

Plaintiff ASHLEY BRADSHAW ("Plaintiff") and Defendant WAL-MART ASSOCIATES, INC. ("Defendant") (Plaintiff and Defendant, each a "Party," and together, the "Parties"), and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate, in consideration of a negotiated settlement, to the

1  Dismissal with Prejudice of this action, including all claims and counterclaims stated
2  herein against all Parties, with each Party to bear its own attorney's fees and costs.
3
4
5  Dated: June 24, 2025                    Respectfully submitted,
                                           FORD HARRISON LLP
6
7
                                           By: */s/ Mohammad B. Shihabi*
8                                              MOHAMMAD B. SHIHABI
                                               HILDA AGUILAR
9                                              Attorneys for Defendant,
10                                             WAL-MART ASSOCIATES, INC.
11
12
   Dated: June 24, 2025                    Respectfully submitted,
13                                         JML LAW, APLC
14
15
                                           By: */s/ Karina Godoy*
16                                             JARED W. BEILKE
                                               KARINA GODOY
17                                             Attorneys for Plaintiff,
18                                             ASHLEY BRADSHAW
19
20
21
22
23
24
25
26
27
28

# CERTIFICATE OF SERVICE

I, Derek Cruz, am employed in the County of Los Angeles, State of California. I am over the age of 18, and not a party to the within action. My business address is Ford & Harrison LLP, 350 South Grand Avenue, Suite 2300, Los Angeles, CA 90071.

On **June 24, 2025**, I served the foregoing document(s) described as:

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

[x] ELECTRONICALLY: I caused a true and correct copy thereof to be electronically filed using the Court's Electronic Court Filing ("ECF") System and service was completed by electronic means by transmittal of a Notice of Electronic Filing on the registered participants of the ECF System. I served those parties who are not registered participants of the ECF System as indicated below.

[ ] by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] by e-mail or electronic transmission. Based on an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent on the date shown below to the e-mail addresses of the persons listed below.

| | |
|---|---|
| Jared W. Beilke<br>Karina Godoy<br>JML LAW<br>21052 Oxnard Street<br>Woodland Hills, CA 91367<br>Telephone: (818) 610-8800<br>Facsimile: (818) 610-3030<br>Jared@jmllaw.com<br>kgodoy@jmllaw.com<br>kpetrello@jmllaw.com | Attorneys for Plaintiffs,<br>ASHLEY BRADSHAW |

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on **June 24, 2025**, at Los Angeles, California.

_____
Derek Cruz